UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-785 (JLL) |
| | : | |
| AKOUAVI KPADE AFOLABI, et al. | : | **ORDER** |
| | : | |
| Defendant. | : | |

**LINARES**, District Judge.

Presently before the Court are several pre-trial motions filed by the Government and by Defendants Lassissi Afolabi ("Afolabi"), Geoffry Kouevi ("Kouevi"), and Akouavi Kpade Afolabi ("Kpade"). (Docket Entry Nos. 65, 68, 69, and 75.) Having considered the written submissions and having heard oral argument, the Court issued its decisions regarding the pre-trial motions on the record. For the reasons set forth on the record, and for good cause shown;

**IT IS** on this **14th day** of **July, 2009**,

**ORDERED** that Kouevi's motion to dismiss Count 1 for improper venue is **DENIED**; and it is further

**ORDERED** that Count 4 as to Kouevi is **DISMISSED;** and it is further

**ORDERED** that Kouevi's motion for a bill of particulars is **DENIED AS MOOT**; and it is further

**ORDERED** that the Court **RESERVES** on Kouevi's motion to suppress pending a suppression hearing to be held on **July 20, 2009, at 10 AM;** and it is further

**ORDERED** that Kouevi's motion to sever is **GRANTED;** and it is further

1

**ORDERED** that Kouevi's motion for a bill of particulars is **DENIED AS MOOT**; and it is further

**ORDERED** that Kpade's motion to dismiss Count 4 of the Superseding Indictment is **DENIED**; and it is further

**ORDERED** that Afolabi's motion asking the Government to turn over Brady material is **DENIED AS MOOT**; and it is further

**ORDERED** that Afolabi's motion to suppress is **DENIED**; and it is further

**ORDERED** that Afolabi's motion for access to grand jury transcripts is **DENIED except to the extent the Government must comply with its Brady and Jencks obligations**; and it is further

**ORDERED** that Afolabi's motion to compel the Government to preserve notes of its agents is **DENIED AS MOOT**; and it is further

**ORDERED** that Afolabi's motion to redact co-defendant statements pursuant to Bruton is **DENIED AS MOOT**; and it is further

**ORDERED** that Afolabi's motion to disclose co-conspirator statements is **DENIED AS MOOT**; and it is further

**ORDERED** that Afolabi's motion for Jencks material is **GRANTED and the Government shall turn over this material at least seven days prior to trial**; and it is further

**ORDERED** that Afolabi's motion for a pre-trial hearing to determine the existence of a conspiracy is **DENIED**; and it is further

**ORDERED** that Afolabi's motion for expert reports is **DENIED AS MOOT**; and it is further

**ORDERED** that Afolabi's motion to strike aliases from the indictment is **DENIED AS MOOT**; and it is further

**ORDERED** that the Government's motion to preclude "self-serving" statements by the Defendants is **DENIED WITHOUT PREJUDICE AS PREMATURE**; and it is further

**ORDERED** that the Court **RESERVES** on the Government's motion to utilize 404(b) material pending opposition to be filed by Kpade.

**IT IS SO ORDERED**.

/s/ Jose L. Linares  
United States District Judge