UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 07-785 (JLL) |
| vs. | |
| AKOUAVI KPADE-AFOLABI, | ORDER FOR MARAHALS TO PAY |
| Defendant. | FACT WITNESS EXPENSES |

The above defendant, being represented by Olubukola Olarogba Adetula, Esq. (CJA counsel), has subpoenaed Ms. Rose Seglah, represented by Stacy Biancamano, Esq. (CJA counsel) to be a fact witness in the criminal trial before the Honorable Jose Linares. Ms. Rose Seglah, having been determined to be indigent and entitled to CJA counsel in this matter and it having been further determined that her presence is required for defense of the defendant pursuant to Federal Rule of Criminal Procedure 17(b),

IT IS on this 7th day of October, 2009;

ORDERED that payment for round trip travel and hotel accommodations should be made at the expense of the United States of America for court appearance scheduled on Thursday, October 8, 2009 at 9:00 a.m. before Judge Jose Linares in Newark, New Jersey.

Honorable Jose L. Linares
United States District Judge

09/18/2009 16:29       #778 P.002/002

7 95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

AKOUAVI KPADE-AFOLABI

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 2:07-cr-785 (JLL)

TO: ROSE SEGLAH a/k/a ABLAVI HOUINATO

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE COURTROOM OF HON JOSE LINARES 50 WALNUT STREET (5TH FLOOR) NEWARK N.J 07101 | COURTROOM 5D |
| | DATE AND TIME 9-25-2009 9:30 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT **WILLIAM T. WALSH** | DATE 9-11-2009 |
| (By) Deputy Clerk [signature] | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: OLUBUKOLA O. ADETULA 989 SANFORD AVENUE IRVINGTON N-J 07111 (973) 676-5505 | |