UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 07-785 (JLL) |
| AKOUAVI KPADE AFOLABI | : | <u>SEALING ORDER</u> |

This matter having come before the Court at the request of the United States of America (Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, by Shana W. Chen, Assistant United States Attorney appearing), for an order sealing the unredacted transcripts of trial held on September 17, 2009; September 22, 2009; September 25, 2009; September 29, 2009; October 2, 2009; October 7, 2009; and October 9, 2009, in the above-captioned matter; and for an order further authorizing the release of only the redacted version of such transcripts upon request; and the Court having considered the submission of the United States; and for good and sufficient cause shown,

IT IS ON THIS 21st day of October, 2009,

ORDERED that the unredacted transcripts of the trial on September 17, 2009; September 22, 2009; September 25, 2009; September 29, 2009; October 2, 2009; October 7, 2009; and October 9, 2009, in the above-captioned matter are hereby sealed for all purposes until further order of the Court; and

1

IT IS FURTHER ORDERED that only the redacted version of such transcripts be released in any manner, including upon request to the Clerk's Office or a court reporter.

                                                HONORABLE JOSE L. LINARES
                                                United States District Judge